**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**NEW BERN DIVISION**

RE:
KAREN LITTLE-BENNETT,                                 CASE NO:  25-03995-5-JNC
DEBTOR                                                              CHAPTER 13

## MOTION FOR TURNOVER

**NOW COME THE DEBTOR**, by and through her attorney, Robert E. Fuller, Jr., to move the Court for an order requiring a turnover of the Debtor's 2021 Nissan Kicks. This motion is being filed pursuant to Title 11 USC 362 of the United States Bankruptcy Code and in support of said Motion the Debtor respectfully show unto the Court the following:

1.      That on the 10th day of October 2025, the Debtor filed with this Court an emergency petition pursuant to Title 11 U.S.C. Chapter 13 of the United States Bankruptcy Code. Troy Staley has been appointed as trustee in this matter.

2.)      That the Debtor listed GM Financial as a secured creditor to be paid through the plan. The collateral for said loan is a 2021 Nissan Kicks.

3.      That the creditor, GM Financial, took involuntary possession of the Debtor's vehicle on or around October 9, 2025.

4.      That said vehicle is necessary for an effective reorganization of the Debtor's Chapter 13 Plan.

**WHEREFORE**, the Debtor prays the Court:

1.)      The Creditor, GM Financial, turn over the 2021 Nissan Kicks to the Debtor within ten (10) days from the date of an Order being entered in this matter.

2.)      For such other and further relief as to the Court may seem just and proper.

This is the 22nd of October, 2025.

s/Robert E. Fuller, Jr
Attorney for the Debtor
NC Bar # 6158
P.O. Box 1121
Goldsboro, N.C. 27533-1121
Telephone No.:  (919) 735-7496
Fax No.:  (919) 735-5077
bobfuller@fulleratlaw.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**NEW BERN DIVISION**

RE:
**KAREN LITTLE-BENNETT,**          **CASE NO: 25-03995-5-JNC**
**DEBTOR**                                        **CHAPTER 13**

## NOTICE OF MOTION

TO: STANDING TRUSTEE, CREDITORS AND ALL OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN of the Motion simultaneously herewith by the attorney for the debtor(s) in the above captioned case; and

FURTHER NOTICE IS HEREBY GIVEN that this Motion may be allowed provided no response and request for a hearing is made by the debtors, creditor(s), trustee, or other parties in interest, in writing to the Clerk of this Court within fourteen (14) days from the date of this Notice; and,

FURTHER NOTICE IS HEREBY GIVEN that if a response and a request for a hearing is filed by the debtors, creditor(s), trustee, or other parties in interest named herein in writing within the time indicated, a hearing will be conducted on the motion and response thereto at a date, time and place to be later set by this Court and all interest parties will be notified accordingly. If no request for a hearing is timely filed, the Court may rule on the motion and response thereto ex parte without further notice.

Dated: October 22, 2025.

s/Robert E. Fuller, Jr.
Attorney for the Debtor
NC Bar No.: 6158
P.O. Box 1121
Goldsboro, NC 27533-1121
Telephone No.: (919) 735-7496
Fax No.: (919) 735-5077
bobfuller@fulleratlaw.com

## **CERTIFICATE OF SERVICE**

I, Robert E. Fuller, Jr., certify that on October 22, 2025, a copy of the foregoing Motion was served electronically upon the following:

Troy Staley
Chapter 13 Trustee

GM Financial
 bkcollections@gmfinancial.com

and was served by depositing a copy of the same in an official depository of the United States Postal Service, with first class postage affixed, upon the following:

Karen Little-Bennett
Debtor
524 W. New Hope Road
Apt A6
Goldsboro, NC 27534

I certify under penalty of perjury that the foregoing is true and correct.

Dated: October 22, 2025.


s/Robert E. Fuller, Jr.
Attorney for the Debtor
NC Bar No.:  6158
P.O. Box 1121
Goldsboro, NC 27533-1121
Telephone No.: (919) 735-7496
Fax No.: (919) 735-5077
bobfuller@fulleratlaw.com