**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**NEW BERN DIVISION**

**IN RE:**
**KAREN L. LITTLE-BENNETT,**                              **CHAPTER 13**

**DEBTOR**                                                **CASE NO.: 25-03995-5-JNC**

**RESPONSE TO MOTION FOR RELIEF FROM STAY**

**NOW COMES THE DEBTOR,** by and through her attorney, Robert E. Fuller, Jr., responding to the Motion For Relief From Stay, filed by Eudora F. S Arthur, on behalf of AmeriCredit Financial Services, Inc. dba GM Financial (the "Movant"), dated April 26, 2026, in reference to the Debtor's 2021 Nissan Kicks, Vehicle Identification Number (VIN#) 3N1CP5CV2ML471740 ("Collateral") and in response to this motion the Debtor respectfully shows unto the court:

1.      That the Debtor filed her petition on October 10, 2025, listing the "Collateral" to be paid inside her plan by the Trustee.

2.      That the Debtor desires to keep the property.

3.      That the Debtor requests a hearing in this matter unless a Consent Order is entered prior to that time to resolve this motion.

**WHEREFORE**, the Debtor prays to the Court that:

1.      That the motion filed on behalf of AmeriCredit Financial Services, Inc. dba GM Financial (the "Movant") be denied.

2.      For all other and further relief as is deem just and proper.


Dated: May 8, 2026


s/Robert E. Fuller, Jr.
Attorney for the Debtor
NC State Bar # 6158
P.O. Box 1121
Goldsboro, NC 27533-1121
Telephone No: (919) 735-7496
Fax No.:  (919) 735-5077
bobfuller@fulleratlaw.com

# <u>CERTIFICATE OF SERVICE</u>

I, Robert E. Fuller, Jr., certify that on May 8, 2026, a copy of the foregoing Response was served electronically upon the following:

| | |
|---|---|
| Troy Staley | AmeriCredit Financial Services, Inc. dba GM Financial |
| Chapter 13 Trustee | Attorney for "Movant" |
| | dorie.arthur@wbd-us.com |

and was served by depositing a copy of the same in an official depository of the United States Postal Service, with first class postage affixed, upon the following:

Karen L.  Little-Bennett
Debtor
524 W. New Hope Road, Apt. A6
Goldsboro, NC 27534

WOMBLE BOND DICKINSON (US)LLP
Attorney "Movant"
Attn:  Officer/Eudora  F S Arthur
555 Fayetteville St., Suite 1100
Raleigh, NC 27601

I certify under penalty of perjury that the foregoing is true and correct.

Dated: May 8, 2026

s/Robert E. Fuller, Jr.
Attorney for the Debtor
NC State Bar #6158
Post Office Box 1121
Goldsboro, NC 27533-1121
Telephone:  (919) 735-7496
Fax No.: (919) 735-5077
bobfuller@fulleratlaw.com
